| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
December 21, 2017
David J. Bradley, Clerk

James Bradley, §
§
        Plaintiff, §
§
versus §    Civil Action G-17-45
§
American Eagle Outfitters, Inc., §
§
        Defendant. §

## Final Dismissal

This case is dismissed with prejudice. James Bradley takes nothing from American Eagle Outfitters, Inc., and AE Outfitters Retail Co. (13)

Signed on December 21, 2017, at Houston, Texas.

                                              Lynn N. Hughes
                                    United States District Judge